FILED
CLERK, U.S. DISTRICT COURT
AUG - 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _MZ_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
Edward Rene Arciga
    Defendant.

Case No.:

CR 11-85-DSF

ORDER OF DETENTION AFTER HEARING
[Fed.R.Crim.P. 32.1(a)(6);
18 U.S.C. 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _C.D.Cal_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A. [X] The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _absence of verful backgrd information + Sureties_

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _prior record + nature of alleged violations._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 8-3-2015

*Carla M. Woehrle*

CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE